UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUIBAL, INC.,
                     Plaintiff,

v.

365 SUN LLC d/b/a NUTREE COSMETICS;
NUTREE PROFESSIONAL BRAZIL; LANCE
THOMPSON; NATALIA Y LIKHACHEVA;
BRUNO BORGES GARCIA; and JOHN DOES
1-10,
                     Defendants.
------------------------------------------------------------x



**ORDER**

21 CV 6254 (VB)

      On July 22, 2021, plaintiff commenced the instant action against defendants 356 Sun LLC d/b/a Nutree cosmetics, Nutree Professional Brazil, Lance Thompson, Natalia Y Likhacheva, Bruno Borges Garcia, and John Does 1-10. (Doc. #1).

      On July 30, 2021, the Clerk of Court issued summons. (Doc. #6). And on August 13, 2021, plaintiff filed to the docket proof of service as to each defendant, indicating each defendant was served on August 3, 2021. (Docs. ##7–8). Accordingly, defendants had until August 24, 2021 to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have neither responded to the complaint nor appeared in this action.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek certificates of default as to each defendant by September 14, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against each defendant by September 28, 2021. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: August 31, 2021
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge