UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUIBAL, INC.,
               Plaintiff,

v.

365 SUN LLC d/b/a NUTREE COSMETICS,
NUTREE PROFESSIONAL BRAZIL,
LANCE THOMPSON, NATALIA Y.
LIKHACHEVA, BRUNO BORGES
GARCIA, and JOHN DOES 1–10,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6254 (VB)

      Plaintiff having moved to enforce a settlement purportedly reached with defendants and for leave to serve defendants Nutree Professional Brazil and Bruno Borges Garcia (the "Brazil Defendants") by alternate means; and defendants 365 Sun LLC d/b/a Nutree Cosmetics, Lance Thompson, and Natalia Y. Likhacheva (the "U.S. Defendants") having moved to vacate the certificate of default issued as to them, it is hereby ORDERED:

      1.     Plaintiff's motion to enforce the settlement agreement is DENIED.

      2.     Plaintiff's motion for authorization to serve the Brazil Defendants by alternate means is DENIED WITHOUT PREJUDICE.

      3.     The U.S. Defendants' motion to vacate the certificate of default is GRANTED.

      4.     The U.S. Defendants shall file a response to the complaint by **April 13, 2022**.

      5.     A telephone conference is scheduled for **April 29, 2022, at 2:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. This conference will also serve as an initial conference in this matter, for which the Court will separately issue a Notice of Initial Conference. Counsel shall use the following information to connect by telephone:

      **Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
      **Access Code:** 1703567.

6.  The Clerk is instructed to terminate the motions (Docs. ##22, 30) and vacate the certificate of default. (Doc. #15).

Dated: March 30, 2022
   White Plains, NY

SO ORDERED:

_(signature)_

Vincent L. Briccetti
United States District Judge