```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUIBAL, INC.,
              Plaintiff,

v.

365 SUN LLC d/b/a Nutree Cosmetics; NUTREE
PROFESSIONAL BRAZIL; LANCE
THOMPSON; NATALIA Y. LIKHACHEVA;
BRUNO BORGES GARCIA; and JOHN DOES
1–10,
              Defendants.
------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

21 CV 6254 (VB)

       The Court having So Ordered the parties' Stipulation and Protective Order dated August 12, 2022, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: August 12, 2022
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge