UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUIBAL, INC.,
                   Plaintiff,

v.

365 SUN LLC d/b/a NUTREE COSMETICS,
NUTREE PROFESSIONAL BRAZIL,
LANCE THOMPSON, NATALIA Y.
LIKHACHEVA, BRUNO BORGES
GARCIA, and JOHN DOES 1–10,
                   Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6254 (VB)

      Plaintiff Equibal, Inc., brings this action against defendants 365 Sun LLC d/b/a Nutree Cosmetics, Lance Thompson, and Natalia Y. Likhacheva (the "U.S. Defendants"), who have appeared in this case through counsel; as well as against defendants Nutree Professional Brazil, Bruno Borges Garcia, and other unidentified defendants, who have not been served. In addition, the U.S. Defendants have asserted counterclaims against plaintiff (Doc. #53), which plaintiff has moved to dismiss. (Doc. #56).

      On September 2, 2022, plaintiff moved for leave to file an amended complaint. (Doc. #68). On September 7, 2022, the U.S. Defendants informed the Court they do not oppose the motion. (Doc. #73).

      Accordingly, plaintiff's motion for leave to file an amended complaint is GRANTED as unopposed. By September 15, 2022, plaintiff shall file the amended complaint attached to its motion as a separate entry on the ECF docket.

      The U.S. Defendants shall answer, move, or otherwise respond to the amended complaint by September 29, 2022. In light of plaintiff's intention to file an amended complaint, plaintiff's motion to dismiss the U.S. Defendants' counterclaims is TERMINATED AS MOOT.

      The Clerk is instructed to terminate the motions. (Docs. ##56, 68).

Dated: September 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge