UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EQUIBAL, INC.

                           Plaintiff,                         **AFFIDAVIT OF SERVICE**

- against –

                                                                   Docket No.: 7:21-cv-06254-VB

365 SUN LLC d/b/a Nutree Cosmetics,
NUTREE PROFESSIONAL BRAZIL, LANCE
THOMPSON, NATALIA Y LIKHACHEVA,
BRUNO BORGES GARCIA, and CHROMUS
COMERCIAL EIRELLI.

                           Defendants.
------------------------------------------------------------X

      I, Andre Arias, declare under penalty of perjury that I served a copy of the Amended Summons, Amended Complaint, and April 10, 2023 Opinion and Order (Dkt. 118), upon Defendants Chromus Comercial Eirelli and Bruno Borges Garcia via alternative service by Certified Mail to the Director of the United State Patent and Trademark Office on April 21, 2023.

Dated: Montvale, New Jersey
       April 24, 2023

                                                               _____
                                                               Andre Arias

Sworn to before me on this
24th day of April 2023

_____
Notary Public

LORI ABDINOOR
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MAY 23, 2027

1