UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUIBAL, INC.,
               Plaintiff,

v.

365 SUN LLC d/b/a NUTREE COSMETICS,
NUTREE PROFESSIONAL BRAZIL,
LANCE THOMPSON, NATALIA Y.
LIKHACHEVA, BRUNO BORGES
GARCIA, and CHROMUS COMERCIAL
EIRELLI,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6254 (VB)

      On September 18, 2023, plaintiff filed a motion for preliminary injunction. (Doc. #145). Although the docket entry for the motion purports to set a return date of October 10, 2023, the Court notes the briefing schedule for the motion is governed by Local Civil Rule 6.1(b). No return date or court appearance with respect to the motion has been scheduled.

      Plaintiff requests oral argument on the motion. (Doc. #145). If the Court decides oral argument is necessary or appropriate, it will so advise the parties.

      In addition, a settlement conference before Magistrate Judge Krause—which was jointly requested by the parties (Doc. #133)—is scheduled for November 9, 2023 (Doc. #140), and the parties have been ordered to provide a joint status report regarding settlement by December 1, 2023 (Doc. #134). The parties are advised that the Court does not expect to decide the motion before either the settlement conference or the joint status report regarding settlement.

Dated: September 20, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge