```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUIBAL, INC.,                                                :
                           Plaintiff,                         :
v.                                                            :
                                                              :     ORDER
365 SUN LLC, d/b/a Nutree Cosmetics;                          :
LANCE THOMPSON; NATALIA Y.                                    :     21 CV 6254 (VB)
LIKHACHEVA; BRUNO BORGES GARCIA;                              :
and CHROMUS COMERCIAL EIRELLI,                                :
                           Defendants.                        :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-24

As discussed at a telephone conference held today, at which counsel for all parties appeared, it is HEREBY ORDERED:

1. By September 19, 2024, counsel shall file a joint letter or stipulation indicating that, as stated at today's conference, the parties wish to waive their rights to a jury trial and consent to proceed by non-jury trial.

2. By December 5, 2024, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

3. By January 13, 2025, the parties shall submit proposed findings of fact and conclusions of law in accordance with Paragraph 4.B.ii of the Court's Individual Practices, as well as any motions in limine.

4. By January 27, 2025, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

5. By February 18, 2025, the parties may file pretrial memoranda, if any, in accordance with Paragraph 4.B.iv of the Court's Individual Practices.

6. A final pretrial conference is scheduled for February 25, 2025, at 2:00 p.m., to be held in person in Courtroom 620 of the White Plains courthouse.

7. The bench trial will begin on March 3, 2025, at 9:30 a.m.

Dated: September 5, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge