UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUIBAL, INC.,

                        Plaintiff,

v.

365 SUN LLC, ET AL,

                        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6254 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-25

      By letter dated January 28, 2025, the parties jointly notified the Court that a final settlement agreement has been reached in this case. (Doc. #211).

      By February 25, 2025, the parties shall submit a stipulation of dismissal or a further status report regarding settlement.

      Absent further Court order, all other dates and deadlines, including the final pre-trial conference date and trial date, remain in effect.

Dated: January 28, 2025
       White Plains, NY

                                        SO ORDERED:

                                        */s/ Vincent L. Briccetti*

                                        Vincent L. Briccetti
                                        United States District Judge